**In re John N. GROSS.**

No. 2010–1065.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2010.

Raymond T. Chen, Benjamin D.M. Wood, Janet A. Gongola, Patent & Trademark Office, Arlington, VA, for Appellee.

J. Nicholas Gross, Berkeley, CA, for Appellant.

ON MOTION

*ORDER*

Upon consideration of the appellant's motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.*

(2) Each side shall bear its own costs.

---

* The appellant asks that the dismissal be entered as "without prejudice." It is not the court's usual practice to designate a dismissal as being with or without prejudice.